UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | |
|---|---|
| RAY WOLLNEY and JOHN OLAGUES, SHAREHOLDERS OF SOUTHWEST AIRLINES COMPANY,<br>           *Plaintiffs,*<br><br>versus<br><br>GARY KELLY and MICHAEL VAN DE VEN,<br>           *Defendants,*<br><br>and<br><br>SOUTHWEST AIRLINES COMPANY,<br>           *Nominal Defendant.* | CIVIL ACTION NO.: 18-7363<br><br>JUDGE: MORGAN<br><br>MAGISTRATE: WILKINSON |

## **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs Ray Wollney and John Olagues ("Plaintiffs"), who, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully request leave of Court to file the attached First Amended Complaint into the record of this matter. This pleading is intended to entirely replace the Original Complaint previously filed at Rec. Doc. 1. The proposed First Amended Complaint removes John Olagues as a plaintiff in this matter, effectively dismissing his claims. The First Amended Complaint also provides further detail on the allegations being made against the Defendants.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. Pro. 15(a)(2). Moreover, the rule states that "[t]he court should freely give leave when justice so requires." *Id.*

Defendants have not yet been served with the Original Complaint, nor has the Court held a scheduling conference or issued a scheduling order in this matter. As such, Plaintiffs submit that

1

justice so requires the requested amendment of Plaintiffs' Original Complaint and respectfully ask that this Honorable Court grant leave to do so.

     **WHEREFORE**, Plaintiffs pray for an order granting leave of Court to file the attached First Amended Complaint into the record.

Respectfully submitted:

| | |
|---|---|
| */s/ Kenneth C. Bordes* | */s/ Joseph B. Landry, Jr.* |
| Kenneth C. Bordes (La. Bar 35668) | Joseph B. Landry, Jr. (La. Bar 35200) |
| Kenneth C. Bordes, Attorney at Law, LLC | Joseph B. Landry, Jr., APLC |
| 2725 Lapeyrouse Street | 3015 19th Street |
| New Orleans, LA 70119 | Metairie, LA 70002 |
| Telephone: (504) 588-2700 | Telephone: (504) 332-2220 |
| Facsimile: (504) 708-1717 | Facsimile: (504) 332-2221 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |