UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW ORLEANS

| | |
|---|---|
| RAY WOLLNEY and JOHN OLAGUES, SHAREHOLDERS OF SOUTHWEST AIRLINES COMPANY,<br>    *Plaintiffs,*<br><br>versus<br><br>GARY KELLY and MICHAEL VAN DE VEN,<br>    *Defendants,*<br><br>and<br><br>SOUTHWEST AIRLINES COMPANY,<br>    *Nominal Defendant.* | CIVIL ACTION NO.: 18-7363<br><br>JUDGE: MORGAN<br><br>MAGISTRATE: WILKINSON |

## **ORDER**

Considering the Plaintiffs' foregoing Motion for Leave to File First Amended Complaint;

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED** and that the proposed First Amended Complaint be filed into the record of this matter.

New Orleans, Louisiana, this 6th day of September, 2018.

                                              _____
                                                     DISTRICT JUDGE